# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138239 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 138239
                                   COA: 288580
                                   Saginaw CC: 04-024013-FC

FREDERICK HARVEY GRUMBLEY,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 15, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2009

_____
Clerk

d0930